# COMPLAINT FORM

(for filers who are prisoners without lawyers)
(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

**FILED**
12/22/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

(Full name of plaintiff(s))

Thaddious Rice

SCANNED at PENDLETON and Emailed on
12-22-23 by J.L. - 7 pages.
(date)   (initials)   (num)

vs

(Full name of defendant(s))

Chance Bishop (C/O)

Lt/Captain Jackson

Chloe Wargny

Case Number:
1:24-cv-38-JRS-KMB

(To be supplied by clerk of court)

A.   PARTIES:

1. Plaintiff is a citizen of **Indiana**, and is located at
   (State)

   **4490 West Reformatory Road, Pendleton, IN 46064-9001**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant(s) **Chance Bishop, Lt./Captain Jackson, Chloe Wargny**
                                                              (Name)

is (if a person or private corporation) a citizen of ___N/A___
(State, if known)

and (if a person) resides at ___N/A___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___IDOC Pendleton ISR, 4490 W. Reformatory Rd, Pendleton, IN, 46064-9001___   (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Correctional Officer Chance Bishop; was Leutinant, now Captain Jackson; Chloe Wargny Litigation Liason (June 8 2023) J-Cellhouse (Oct 2, 2023 - 12-13-2023). All took place at Pendleton in G-Cellhouse. Wargny violated my 14th amendment Right to the U.S Constitution by denying me my right to due process. If any part of the Administrative remedy is not followed it becomes void and the case is to be transferred. Wargny didn't respond to the grievances in the timely fashion nor instruct me within 15 days as how to proceed.

Grievances were filed to Wargny on the following dates: June 8, 2023; Oct 2, 2023; 10 of October 2023; Nov 11, 2023; Wargny sent me a typed letter stating my grievance wasn't given a timely response. The Administrative Remedies have failed me at the facility and this is the basis of my Civil Suit. I followed the instructions of Chloe Wargny, Katelyn McCorkle, and Taylor McCorkle; refiled grievances and grievance appeals and I still havent gotten timely responses on neither. I do have evidence to prove so. From Oct 2, to current day 12-13-23 & June 8. Next is Chance Bishop who violated my 1st and 8th amendment rights. I've sent "Bishop" several request asking for my allowed property which consist of legal, Religous (im Muslim), and hygiene. After several attempts I started filing grievances which you can see, they got nowhere and didnt aid me in any way. I went 50 days without any legal work or legal material; without my prayer rug, Quran, Kufi, and Dhikr Beads; and without any hygiene. Under the 1st amendment its my right to

actice any Religion and in the Deen of Islam were suppose to

ify and clean ourselves before Salat (Prayer). I didn't have hygiene

r did I have my prayer rug to properly make Salat (Prayers).

is also violates my 8th amendment right for cruel and unusual

ishment. Sgt Demi, also a Muslim, is a witness to this

cause he could not help me at the instructions of Lt/Captain

ckson. Not having my religous & hygiene material has effected me

d was causing me major depression because I lean on the Quran

times of need & hurt, also in good times.

astly is Lt/Captain Jackson. An offender continuously kept

rowing urine and fecies infront of my cell & other offenders

lls (they filed grievances too). Jackson was notified and he let

e urine & fecies set for hours @ a time. The offender did

is several times a day for almost a week straight till

e was moved. This violated my 8th amendment right

r cruel & unfair punishment not to be inflicted upon me. As a

ollective between Bishop & Jackson this right has clearly been

violated. I have copies of all grievances, grievance appeals, emails, and all evidence needed for the courts.

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

At the time of all these occurrences, I had just lost my grandmother. So for the staff to disregard my mental health and the state I was in at the time is undoubtedly cruel & unfair. I'm seeking money compensation, $750,000, including court fees and court cost as well as paying for the therapy I need for the physcological damaged done to me in my time of weakness.

## E. JURY DEMAND

☒ Jury Demand - I want a jury to hear my case
OR

☐ Court Trial - I want a judge to hear my case

Dated this 12th day of December 2023.

Respectfully Submitted,

_____
Signature of Plaintiff

281891
Plaintiff's Prisoner ID Number

4490 W. Reformatory Rd, Pendleton
IN, 46064-9001
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____ Signature of Plaintiff

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.